IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| MARY E. MOSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 09-4030-CV-C-NKL |
| | ) | |
| CENTRAL UNITED LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that **Defendant's Supplemental Response to Plaintiff's Second Request for Production** was e-mailed on this 22nd day of March, 2010, to the following:

| | |
|---|---|
| Michael K. Cully | Robert A. Horn |
| Angela K. Drake | Joseph A. Kronawitter |
| Lowther Johnson, LLC | Horn Aylward & Bandy, LLC |
| 901 St. Louis, 20th Floor | 2600 Grand Boulevard, Suite 500 |
| Springfield, Missouri 65806 | Kansas City, Missouri 64108 |

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**

s/ Matthew D. Turner
J. Kent Lowry          #26564
Matthew D. Turner      #48031
3405 West Truman Boulevard, Suite 210
Jefferson City, Missouri 65109-5713
(573) 636-8394
(573) 636-8457 (facsimile)

**ATTORNEYS FOR DEFENDANT CENTRAL UNITED LIFE INSURANCE COMPANY**