# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MARY E. MOSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 09-04030-CV-C-NKL |
| | ) |
| CENTRAL UNITED LIFE INSURANCE | ) |
| COMPANY, | ) March 23, 2010 |
| | ) |
| Defendant. | ) |
| | ) |

## MINUTE SHEET

HONORABLE Nanette K. Laughrey presiding at Jefferson City, Missouri.
================================================================
Nature of Proceeding: Teleconference - Oral Argument
Time: 4:00 p.m. - 5:20 p.m.

Plaintiff by: Robert Horn, Joseph Kronawitter, Michael Cully, and Angela Drake
Defendant by: Kent Lowrey and Matthew Turner

Comments:

Teleconference held. Oral argument presented on Motion to Certify (Doc. 24). The Court granted the motion.


Court Reporter: Kathy Calvert                    By: Renea Kanies, Courtroom Deputy